[No. 19234-2-III. Division Three. August 21, 2001.]

JAMES L. BARNEY, ET AL., *Appellants*, v. JOHN L. RAMSDEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-2-00785-5, John M. Antosz, J., entered March 10, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19539-2-III. Division Three. August 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTHA A. JIMENEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00184-1, Donald W. Schacht, J., entered August 1, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[Nos. 18653-9-III; 18654-7-III. Division Three. August 23, 2001.]

*In the Matter of the Detention of* WILLIAM DAVENPORT, *Appellant*.

Appeals from judgments of the Superior Court for Franklin County, Nos. 96-2-50154-1 and 99-2-50349-2, Dennis D. Yule, J., entered July 1 and August 27, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 20392-8-II. Division Two. August 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS WILLIAMS SORRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01390-2, Edwin L. Poyfair, J., entered February 15, 1996. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.